# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>RICHARD J. ORTIZ,<br><br>      Defendant. | Case No.  5:24-po-347-CDB<br><br>CVB Violation E2090654 / CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 4) |

    Defendant, Richard Ortiz, was issued Violation Notice E 2090654 with a total collateral due of $530.00. On 12/03/2024, this violation was dismissed by the Government. On 12/05/2024, Defendant paid the original fine amount of $530.00.

    The Court ORDERS that a refund be issued to Defendant Richard Ortiz in the amount of $530.00.

IT IS SO ORDERED.

Dated:   **December 27, 2024**                _____

                                                                  UNITED STATES MAGISTRATE JUDGE